**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| PATRICK AYERS, Derivatively on Behalf of HASBRO, INC.,<br><br>Plaintiff,<br>v.<br><br>CHRISTIAN P. COCKS, RICHARD S. STODDART, HOPE F. COCHRAN, LISA GERSH, ELIZABETH HAMREN, BLAKE J. JORGENSEN, LAUREL J. RICHIE, MARY BETH WEST, MICHAEL R. BURNS, TRACY A. LEINBACH, LINDA K. ZECHER HIGGINS, KENNETH A. BRONFIN, EDWARD M. PHILIP, GINA GOETTER, DEBORAH M. THOMAS, and ERIC NYMAN,<br><br>Individual Defendants,<br>-and-<br><br>HASBRO, INC.,<br><br>Nominal Defendant. | Case No. 1:25-cv-01504 |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 23.1(c) and Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby voluntarily dismisses the above-captioned action with prejudice as to all Defendants, with each party bearing its own attorney's fees and costs. No compensation in any form has passed directly or indirectly from any of the Defendants to Plaintiff or counsel for Plaintiff, and no compensation to give any such compensation has been made. Defendants have filed neither an answer nor a motion for summary judgment in this action.

Dated: April 2, 2025

**LEVI & KORSINSKY, LLP**

/s/ *Correy A. Suk*

Gregory M. Nespole
Daniel Tepper
Correy A. Suk
Sidharth Kakkar
33 Whitehall Street, 17th Floor
New York, NY 10004
T. 212.363.7500
F. 212.363.7171
gnespole@zlk.com
dtepper@zlk.com
csuk@zlk.com
skakkar@zlk.com

*Counsel for Plaintiff*